AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**BLUE AND BLACK SPRINT SANYO CELLULAR TELEPHONE**
**MODEL # MM-7500**
**TELEPHONE NUMBER: (910) 795-7627**

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I _____James D. Armstrong_____ being duly sworn depose and say:

I am a(n) _____Special Agent with the Drug Enforcement Administration_____ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)

**ONE BLUE AND BLACK SPRINT SANYO CELLULAR TELEPHONE**
**MODEL # MM-7500**
**TELEPHONE NUMBER: (910) 795-7627**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**
concerning a violation of Title _21_ United States Code, Section(s) _§ 846 and 841._ The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

JEFFREY RAGSDALE
Federal Major Crimes Section
(202) 514-8321

Signature of Affiant
JAMES D. ARMSTRONG, Special Agent
United States Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| **IN THE MATTER OF THE** | : | |
| **SEARCH OF:** | : | **CASE NO:** |
| | : | |
| **One cellular telephone, for** | : | |
| **information contained** | : | |
| **within, seized during the arrest** | : | |
| **of FRANK BERKELEY for violation of** | : | |
| **Title 21 USC § 846 and § 841** | : | |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION

I, James D. Armstrong, a Special Agent with the United States Drug Enforcement

Administration, having been duly sworn, state as follows:

1.      I am a Special Agent with the United States Drug Enforcement Administration

(DEA), and I am presently assigned to the Washington Field Division. I have been a

Special Agent with DEA for a period of ten years and a half.  As a Special Agent with

DEA, I have initiated and participated in numerous drug investigations, including ones

involving the use of court-authorized Title III intercepts.  Additionally, I have authored

numerous affidavits in support of search and seizure warrants and arrest warrants,

which have resulted in the seizure of controlled dangerous substances and in the

arrests and convictions of drug distributors.  Moreover, I have received training in how

to conduct investigations using the court-authorized electronic surveillance of

telephones and paging devices.  Through investigations and training, I have become

familiar with the use by drug traffickers of pagers and telephones to communicate, the

patterns of activity of drug traffickers, the types and amounts of profits made by drug

dealers, and the methods, language and terms that are used to disguise the source and nature of the profits from their illegal drug dealings.

2.    This affidavit is made in support of an application for a search warrant for one blue and black Sprint Sanyo cellular telephone, model MM-7500, telephone number: (910) 795-7627, recovered from the vehicle FRANK BERKELEY was driving upon his arrest at 7002 Annapolis Road, Landover Hills, MD 20784.  The vehicle, a 1999 green Dodge Durango bearing Maryland license plate 655M797, is registered to JAMES SIEBERT, who is the father of FRANK BERKELEY.

3.    Based on your affiant's training and experience and the training and experience of other law enforcement officers, your affiant knows that it is common for individuals engaged in the distribution of controlled substances to utilize telephonic communications, such as cellular telephones, to further their criminal activities by coordinating efforts of co-conspirators.

4.    This affidavit only contains such information as is necessary to show that there is probable cause to believe that fruits, and evidence of the following crimes, specifically, (i) possession with the intent to distribute and the distribution of controlled substances, in violation of 21 USC § 841(a)(1); (ii) conspiracy to commit such offenses, in violation of 21 USC § 846, will be found in the target item.

5.    Unless otherwise noted, whenever in this affidavit your affiant asserts that a statement was made by an individual, that statement is described in substance and in part, and is not intended to be verbatim recitation of such statement.  Moreover, this affidavit is not intended to include each and every fact and matter known to the government relating to the subject matter of this investigation.  Instead, this affidavit

contains only those facts that are necessary to establish that there exists probable

cause that the fruits and evidence of the above-reference criminal violations will be

found in the target item.

PROBABLE CAUSE

6.      On August 2, 2005, agents met with a Confidential Source, hereafter referred to

as CS, regarding the purchase of sixty-two (62) grams of crack cocaine from FRANK

BERKELEY.  At approximately 1:30 pm the CS placed a telephone call to FRANK

BERKELEY'S cellular telephone, telephone number (240) 603-8934, regarding the

purchase of 62 grams of cocaine.  FRANK BERKELEY informed the CS that the price

would be seventeen hundred ($1700.00), plus two hundred ($200.00) owed from a past

debt.  At approximately 1:40 pm, agents followed the CS to the 1000 block of 44th

Street, N.E., Washington, D.C., the pre-determined meet location. At approximately

1:35 pm, FRANK BERKELEY arrived in the 1000 block of 44th Street, N.E., Washington,

D.C., in a multi-colored Chevrolet Caprice bearing Maryland license plate 4AYY65 and

occupied with two individuals.  FRANK BERKELEY exited the driver's side and entered

the CS's vehicle, where he sat in the front passenger seat and engaged in a

conversation about the CS buying between an eighth of a kilo (1/8) and a half of a kilo

(1/2).  FRANK BERKELEY handed the CS a clear plastic wrap containing approximately

62 grams of suspected crack cocaine, in exchange for nineteen hundred ($1,900.00)

dollars of pre-recorded DEA funds.  That suspected crack cocaine was seized by law

enforcement officers and later submitted for chemical analysis.  A chemical analysis of

the suspected crack cocaine conducted by the DEA Mid-Atlantic Laboratory confirmed

that the substance provided by FRANK BERKELEY to the CS was cocaine base, also known as crack cocaine.

7.      On September 21, 2005, at approximately 10:25 am, agents observed FRANK BERKELEY exit the front entrance of 7002 Annapolis Road and enter a green and purple multi-colored 1970 two-door Oldsmobile bearing Maryland license plate MNS-216, registered to JAMES ROBERT SIEBERT, FRANK BERKELEY'S father.  The Oldsmobile was occupied by two other black males.  At approximately 10:40 am, agents observed a Hispanic female, (later identified as ZONIA SIEBERT, the mother of FRANK BERKELEY) exit 7002 Annapolis Road and walk across the street to the Chandlers Rexall Drug Plaza.  A short time later, agents observed ZONIA SIEBERT return to 7002 Annapolis Road.  At approximately 11:35 am, BERKELEY contacted the CS via telephone regarding the purchase of 62 grams of crack cocaine.  BERKELEY advised the CS he would be there (referring to the 1700 block of Benning Road, N.E., Washington, D.C.) by 12:00 pm.  At approximately 12:10 pm, agents observed BERKELEY arrive at the 1700 block of Benning Road, N.E., Washington, D.C., in a multi-colored Chevrolet two-door Oldsmobile with a rag top, bearing Maryland license plate MNS-216.  BERKELEY exited the driver's side and entered the CS's vehicle and sat in the right rear passenger seat and engaged in a conversation.  The CS introduced BERKELEY to an undercover agent (UC) and they shook hands.  BERKELEY advised the CS to drive around the parking lot and BERKELEY handed the UC a clear plastic wrap containing approximately 62 grams of suspected crack cocaine, in exchange for seventeen hundred ($1,700.00) dollars.  Moments later, BERKELEY exited the CS's vehicle, walked back to his vehicle, and exited the area.  That suspected crack cocaine

was seized by law enforcement officers and later submitted for chemical analysis.  A chemical analysis of the suspected crack cocaine conducted by the DEA Mid-Atlantic Laboratory confirmed that the substance provided by FRANK BERKELEY to the CS was cocaine base, also known as crack cocaine.

8.      On July 11, 2006, an indictment was filed against FRANK BERKELEY in the United States District Court for the District of Columbia charging him with two counts of Distribution of 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii).

9.      At approximately 12:45 pm, agents observed ROBERTO SIEBERT, FRANK BERKELEY'S brother, exit 7002 Annapolis Road, Landover Hills, MD, walk across Annapolis Road and enter Landover Hills Barber Shop, located at 7035 Annapolis Rd., Landover Hills, MD in the Chandlers Rexall Drug Plaza shopping center.  Moments later, ROBERTO SIEBERT exited the barber shop, and agents observed him talking on a cellular telephone for approximately three minutes.  ROBERTO SIEBERT then re-entered the barber shop, and remained inside for approximately ten minutes.  At approximately 1:00 pm, agents observed ROBERTO SIEBERT exit the barber shop, walk across Annapolis Road, and re-enter the residence at 7002 Annapolis Road.

10.     At approximately 2:15 pm, agents observed ZONIA SIEBERT, carrying a black handbag, blue grocery bag and a walking cane, approach and enter the residence at 7002 Annapolis Road.  At approximately 3:45 pm, agents observed FRANK BERKELEY exit the residence and walk over to a green 1999 Dodge Durango.  As BERKELEY entered the vehicle, agents approached and arrested FRANK BERKELEY on a federal arrest warrant.  At the time of his arrest no other persons were in the vehicle.  During

the search of FRANK BERKELEY incident to arrest, agents seized approximately 31 grams of suspected crack cocaine from the right pocket of BERKELEY'S cargo shorts. Agents also seized a handgun located on the front floorboard of the passenger side of the Dodge Durango inside a black canvas Adidas bag.  The handgun was a Taurus 9mm with a round in the chamber and an additional 12 rounds in the magazine. Additionally, agents seized $91,980 U.S. currency, wrapped with rubberbands, from the front passenger's seat in a tan canvas bag.  A blue and black Sprint Sanyo MM-7500 cellular telephone, telephone number (910) 795-7627, was also recovered from the front passenger side of the Dodge Durango.  According to James SIEBERT, BERKELEY has had sole possession of the 1999 Dodge Durango since mid-June 2006.  Affiant conducted an initial search of the cellular phone at the time of the arrest and retrieved information regarding recent outgoing, incoming and missed calls.  The cellular phone contained 241 phone number entries, a text messaging mailbox and photographs, which were not retrieved or reviewed at that time.

11.    At the time of arrest, agents received consent from BERKELEY to search his room.  A consent search form was voluntarily signed by BERKELEY at approximately 4:00 pm.  Agents were directed to a room in the basement by ZONIA SIEBERT, who also gave consent to search BERKELEY'S room.  However, agents told ZONIA SIEBERT that BERKELEY had instructed that his room was upstairs, and at that time, the father, JAMES SIEBERT, took agents to a room upstairs, which agents searched. Agents believe that ZONIA SIEBERT intentionally misled agents to a bedroom in the basement which was not BERKELEY'S room.

12.     On July 25, 2006, agents interviewed JAMES SIEBERT at the Washington Field Division regarding the arrest of FRANK BERKELEY.  According to SIEBERT, BERKELEY has had complete control of the Dodge Durango since the middle of June 2006.   SIEBERT stated that he did not make use of the phone recovered from inside the Durango.  In addition, at the time of the interview, SIEBERT received multiple telephone calls from his cellular telephone on his person.

13.     On August 2, 2006, United States Magistrate Judge Alan Kay issued a search warrant for FRANK BERKELEY'S cellular telephone (910) 795-7627.  The search warrant was not executed due to an oversight at the DEA, Office of Forensic Science, Digital Evidence Laboratory.


<u>CONCLUSION</u>

Based on the foregoing, there is probable cause to believe that FRANK BERKELEY has utilized cellular telephones, including the Sprint Sanyo cellular telephone, model MM-7500, telephone number (910)795-7627 that was recovered from his vehicle on July 19, 2006 along with a quantity suspected cocaine base and a loaded handgun, to facilitate the unlawful distribution of controlled substances in violation of Title 21, United States Code 841(a), and conspiracy to distribute and possess with intent to distribute controlled substances in violation of Title 21 United States Code §846.  There is further probable cause to believe that the contents of the above described cellular telephone, including but not limited to stored photographs, stored voice mail messages, stored text messages, and stored records of telephone numbers from which calls were placed to the cellular

telephone, and to which calls were placed from the cellular telephone, will provide evidence

of such criminal activity.

_____
James D. Armstrong
Special Agent
Drug Enforcement Administration

Sworn and subscribed to before me
on this 12th day of October, 2006.

_____
Honorable
UNITED STATES MAGISTRATE JUDGE