AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

BLUE AND BLACK SPRINT SANYO CELLULAR TELEPHONE
MODEL #
TELEPHONE NUMBER:             7

**SEARCH WARRANT**

CASE NUMBER:

06 - 435 - M - 01

TO: __JAMES D. ARMSTRONG__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SA JAMES D. ARMSTRONG__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

BLUE AND BLACK SPRINT SANYO CELLULAR TELEPHONE
MODEL #
TELEPHONE NUMBER:

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___October 20, 2006___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 12 2006 @ 11:45 AM Washington, D.C.

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer                Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>OCTOBER 12 | DATE AND TIME WARRANT EXECUTED<br>10-13-2006 0730 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>CASE FILE |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

PLEASE SEE ATTACHED SHEETS FOR NUMBERS RECOVERED FROM CELLULAR TELEPHONE.

**FILED**

NOV 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____      Nov. 13, 2006
U.S Judge or Magistrate            Date